IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03400-KLM

SEAN TAFOYA,

Plaintiff,

v.

FALCON FIRE PROTECTION DISTRICT, and
TRENT HARWIG, individually and in his official capacity,

Defendants.

---

## STIPULATED ORDER

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

s/ Megan K. Mechak
Thomas A. Woodley
Megan K. Mechak

s/ Richard L. Shearer
Richard L. Shearer
SHEARER & CALL, P.C.

| | |
|---|---|
| T. Reid Coploff<br>WOODLEY & McGILLIVARY LLP<br>1101 Vermont Avenue, N.W.<br>Suite 1000<br>Washington, DC 20005<br>Phone: 202-833-8855 | 1625 Broadway<br>Suite 1450<br>Denver, CO 80202<br>Phone: 720-833-4221 |
| Thomas Buescher<br>BUESCHER, KELMAN<br>& PERERA P.C.<br>600 Grant Street<br>Suite 450<br>Denver, CO 80205<br>Phone: 303-333-7751 | |
| Counsel for Plaintiff | Counsel for Defendants |

**SO ORDERED**

Dated: *April 30, 2015*

_____
Hon. Kristen L. Mix United States Magistrate Judge

2