IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03400-RPM

SEAN TAFOYA,

     Plaintiff,
v.

FALCON FIRE PROTECTION DISTRICT and
TRENT HARWIG, named in his individual and
official capacities,

     Defendants.

_____

ORDER TO SET STATUS CONFERENCE
_____

     Upon review of the file in this civil action reassigned to me today and the Scheduling Order entered on April 9, 2015, which does not conform to this Court's procedures, it is apparent that a conference with counsel should be convened as soon as possible to advise this Court of the status of this case.  It is now

     ORDERED that counsel for the plaintiff shall consult with defendants' counsel and arrange for a date for a status conference by calling this Court's secretary, Ginger Wentz, who will set a date as soon as possible.

     DATED: September 25th, 2015

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge