IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03400-RPM

SEAN TAFOYA,

    Plaintiff,
v.

FALCON FIRE PROTECTION DISTRICT and
TRENT HARWIG, named in his individual and
official capacities,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M.V. Wentz
   Secretary

    Pursuant to the Order to Set Status Conference [Doc. 31], a status conference is set for **October 1, 2015, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: September 30, 2015