IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03400-RPM

SEAN TAFOYA,

    Plaintiff,

v.

FALCON FIRE PROTECTION DISTRICT and
TRENT HARWIG, named in his individual and
official capacities,

    Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **July 18, 2016, at 8:30 a.m.,**

in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx .

    DATED:   April 4, 2016

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge