IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03400-RPM

SEAN TAFOYA,

    Plaintiff,

v.

FALCON FIRE PROTECTION DISTRICT and
TRENT HARWIG, named in his individual and
official capacities,

    Defendants.
_____

### ORDER DISMISSING CLAIMS III AND IV OF THE COMPLAINT
_____

    A legal issue has been raised by the defendants' Motion to Amend Final Pretrial Order (Doc. 43) and the plaintiff's opposition (Doc. 44).  That is whether the Colorado Constitution can be enforced through the claims made in this civil action.  The Court's answer is no.  It is therefore

    ORDERED that Claims III and IV of the Complaint are dismissed without prejudice.

    DATED:  April 27, 2016

                                                   BY THE COURT:

                                                   s/Richard P. Matsch

                                                   _____
                                                   Richard P. Matsch, Senior Judge